IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 95–cv–02664–ABJ–BNB

BLUE STAR CONSTRUCTION
SERVICES, INC.,

    Plaintiff,

v.

MOUNTAIN STATES SHEET METAL
COMPANY, and
NATIONAL FIRE INSURANCE
COMPANY OF HARTFORD,

    Defendants.

---

## ORDER

---

This matter comes before the court on a review of the state of the docket. With the consent of the Honorable Alan B. Johnson, the assigned United States District Judge, it is

**ORDERED** that counsel appear at a status conference before Chief Judge Edward W. Nottingham on Wednesday, January 23, 2008 at 3:45 o'clock p.m.

Dated this 20th day of December, 2007.

                                                    BY THE COURT:

                                                   s/ Edward W. Nottingham
                                                   EDWARD W. NOTTINGHAM
                                                   Chief United States District Judge